**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00196-CV**

_____

**IN THE INTEREST OF M.A.G. AND S.H.G.**

_____

**On Appeal from the 279th District Court**
**Jefferson County, Texas**
**Trial Cause No. F-240,667-A**

_____

**MEMORANDUM OPINION**

Pro se Appellant C.A.W. ("Mother"), whose children M.A.G. and S.H.G. are the subject of the underlying lawsuit, filed an unopposed Motion to Dismiss this appeal. Mother filed the Motion before this Court resolved the appeal. *See* Tex. R. App. P. 42.1(a)(1). We grant the Motion and dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 24, 2024
Opinion Delivered November 14, 2024

Before Golemon, C.J., Johnson and Chambers, JJ.